**Motion Granted; Abatement Order filed February 13, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00907-CV
_____

## IN THE ESTATE OF FOREST BENNETT SMITH, DECEASED

---

**On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Cause No. 428751-401**

---

## ABATEMENT ORDER

On February 6, 2018, the parties notified this court that they had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until April 11, 2018. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other

dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.